# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEISHENG CHEN, | ) |
| Plaintiff | ) |
| v. | ) Civ. No. 14-569 |
| BANK OF AMERICA CORPORATION ET AL., | ) |
| Defendants. | ) |

## ORDER

AND NOW, to-wit, this 12th day of May, 2014, it is hereby ORDERED that pursuant to 28 U.S.C. § 455 the undersigned recuses from this case and the Clerk is directed to reassign this case appropriately.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge